IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| KRISTINA KISTNER, Administrator of the Estate of John R. Kistner, Deceased; and KRISTINA KISTNER, JILL NEWGENT; DIANE DOLENE; KATHRYN WEIR; and JOHN KISTNER, Individually, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4: 05-CV-01335DDN |
| -vs- | ) ) ) | |
| SSM HEALTH CARE ST. LOUIS, d/b/a SSM ST. MARY'S HEALTH CENTER; and DR. RAJIV N. PATEL, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Now on this **6 th** day of February, A.D., 2007, come Plaintiffs, KRISTINA KISTNER, ADMINISTRATOR OF THE ESTATE OF JOHN R. KISTNER, DECEASED, and KRISTINA KISTNER, JILL NEWGENT, DIANE DOLENC, KATHRYN WEIR, and JOHN M. KISTNER, INDIVIDUALLY, and Defendants, SSM HEALTH CARE ST. LOUIS, d/b/a SSM ST. MARY'S HEALTH CENTER and DR. RAJIV N. PATEL, and having filed and presented their duly executed STIPULATION FOR DISMISSAL of the foregoing cause as to Defendant, DR. RAJIV N. PATEL, pursuant to Rule 41(a)(1)(ii), F.R.Civ.P., and the Court having considered such STIPULATION FOR DISMISSAL, and now being fully advised in the premises:

DOES HEREBY ORDER AND ADJUDGE that Plaintiffs' cause of action against DR. RAJIV N. PATEL is dismissed with prejudice and without costs.

ENTER: **2/6/07**

_David D. Noce_
JUDGE